UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>-against-<br><br>SHATEEK ANDREWS,<br><br>             Respondent. | No. 4 Cr. 1232 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Shateek Andrews' pro se letter requesting that the Court lift a freeze that has been placed on his bank account.[1]  The Government shall respond to Mr. Andrews' request no later than June 2, 2020.  Chambers will mail a copy of this order to Mr. Andrews.

**SO ORDERED.**

Dated:    New York, New York
          May 26, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

---

[1] A copy of that letter is attached to this order.

1

Shateek Andrews
# 52924-054
United States Penitentiary @ McCreary
P.O. Box 3000
Pine Knot, KY. 42635

5-1-20

May 4, 2020

    RE: U.S. vs. Shateek Andrews
        Case # 04 Cr. 1232-01 (LAP)

To: The Honorable Loretta Prescot

    I'm writing to request that you please remove and lift a freeze that has been placed on my account for the amount of $3,733.13 at the request of the A.U.S.A. office pursuant to a request made via letter dated June 8, 2007.

    I don't have the funds to pay this amount, and with the freeze on my account I'm not able to purchase even the bare necessities, i.e., soap, toothpaste, and other toiletries.

    If your honor would remove this freeze on my account I could begin to start paying my court ordered restitution pursuant to the Bureau of Prisons 'Financial Responsibility Program or (F.R.P.), which funds are deducted quarterly. Your honor ordered that I pay the restitution 30 days after my release, but somehow an error was made that started deducting funds from my account immediately, and I just don't have the money. I would appreciate if your honor could remove this hold on my account. Thank you very much...

Name Mr. Stallets Arocces
Reg. No 52924-054  Unit 3-A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

USP LP3
SDNY

KNOXVILLE TN 375
04 MAY 2020 PM 3 L

Hon. Loretta. A Preslar
U.S. District, Judge Southern
District of N.Y. 40-Foley
Square New York. N.Y. 10007