UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>SHATEEK ANDREWS,<br><br>                    Defendant. | 4 Cr. 1232 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has reviewed Defendant Shateek Andrews' pro se motion to lift a freeze that has been placed on his inmate account, (dkt. no. 109), and the Government's response to that request, (dkt. no. 110). Of critical note, Mr. Andrews previously filed with this Court an essentially identical motion to lift the freeze on his account, which the Court denied on July 3, 2019. (See dkt. no. 107). The Court finds that Mr. Andrews' new motion offers no new factual or legal basis to remove the freeze and amounts to an attempt to relitigate the prior orders of restitution in this case. Accordingly, Mr. Andrews' motion (dkt. no. 109) is denied.

    Chambers will mail a copy of this order to Mr. Andrews.

**SO ORDERED.**

Dated:   New York, New York
         June 3, 2020

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge