UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>-against-<br><br>SHATEEK ANDREWS,<br><br>     Defendant. | 04-CR-1232 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Mr. Andrews' motion to set aside and vacate the encumbrance on his Federal Board of Prisons Trust Fund Account. (Dkt. no. 112.) Interpreting Mr. Andrews' pro se motion to raise the strongest argument it suggests, the Court construes Mr. Andrews' motion to argue, in part, that United States v. Taylor, 142 S. Ct. 2015 (2022) and United States v. Chappelle, 41 F.4th 102 (2d Cir. 2022) implicate the imposition of mandatory restitution on Mr. Andrews to the extent that restitution was imposed as a result of Mr. Andrews' conviction of "crime[s] of violence." 18 U.S.C. § 3663A(c)(1)(A)(i).

  The Government shall file its response by March 17, 2023. Mr. Andrews shall file his reply by April 7, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Andrews.

**SO ORDERED.**

Dated:     February 17, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge