UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

SHATEEK ANDREWS,

Defendant.

---

04 Cr. 1232 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Andrews' motion for the appointment of counsel (dkt. no. 119,) in support of his motion for compassionate release, (dkt. no. 116). In arguing for compassionate release, Mr. Andrews asserts that he is "crippled, with mental illness, . . . wheelchair bound, and having suffered a Str[o]ke that paralized [sic]" him. (Dkt. no. 116.)

Because Mr. Andrews' motion for compassionate release is relatively straightforward, the Court exercises its discretion to deny the request for counsel.

Mr. Andrews also asks "the Court [to] verify his medical and Mental health F.B.O.P records." (Id.) The Government shall respond to the motion for compassionate release no later than May 17, 2023. In so doing, the Government shall attach, under seal, relevant physical and mental health records of Mr. Andrews. Of course, those records should be made available to Mr. Andrews. Mr. Andrews may reply no later than June 7, 2023.

The Clerk of the Court shall close the motion at dkt. no. 119.

The Clerk of the Court shall mail a copy of this order to Mr. Andrews.

SO ORDERED.

Dated:    New York, New York
          April 5, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge